UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE DANAHER CORPORATION SHAREHOLDER DERIVATIVE LITIGATION** | Case No. 1:20-cv-02445-TNM (Consolidated with Case No. 1:20-cv-02846-TNM) |

## ORDER

Upon consideration of Defendants' Motions to Dismiss, the pleadings, relevant law, and related legal memoranda in opposition and support, for the reasons set forth in the accompanying Memorandum Opinion it is hereby

**ORDERED** that Defendants' [27] Motion to Dismiss is GRANTED in part insofar as it seeks dismissal of Plaintiffs' [1] Complaint but DENIED in part insofar as it seeks dismissal with prejudice; it is further

**ORDERED** that Plaintiffs' [1] Complaint is DISMISSED without prejudice.

This is final, appealable order. The Clerk of Court is requested to close the case.

**SO ORDERED**.

Dated: June 28, 2021                                         TREVOR N. McFADDEN, U.S.D.J.