UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re DANAHER CORPORATION SHAREHOLDER DERIVATIVE LITIGATION </br></br> This Document Relates To: </br></br> ALL ACTIONS. | ) Lead Case No.: 1:20-cv-02445-TNM </br> ) (Consolidated with No. 1:20-cv-02846-TNM) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

NOTICE OF APPEAL

4816-7007-9732.v1

- 1 -

Notice is hereby given that, in the above-captioned case, plaintiffs City of Pontiac General Employees' Retirement System and Harry Markarian hereby appeal to the United States Court of Appeals for the D.C. Circuit from the final order that was entered on June 28, 2021 (ECF No. 36), as well as from all prior orders that have merged into that final order (including, but not limited to, the June 28, 2021 Memorandum Opinion granting defendants' motion to dismiss the complaint (ECF No. 35)).

DATED: July 28, 2021

ROBBINS GELLER RUDMAN & DOWD LLP
DARREN J. ROBBINS
BENNY C. GOODMAN III (DC Bar No. 489187)
HEATHER G. SCHLESIER

*s/ Benny C. Goodman III*
BENNY C. GOODMAN III

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

*Lead Counsel for Plaintiffs*

ROBBINS LLP
BRIAN J. ROBBINS
GREGORY E. DEL GAIZO
RICHARD W. KOENEKE (DC Bar No. 411771)
5040 Shoreham Place
San Diego, CA  92122
Telephone: 619/525-3990
619/525-3991 (fax)

*Additional Counsel for Plaintiff Harry Markarian*

- 2 -

                                         ASHERKELLY
                                         CYNTHIA J. BILLINGS-DUNN
25800 Northwestern Highway, Suite 1100
Southfield, MI 48075
Telephone: 248/746-2710
248/747-2809 (fax)

*Additional Counsel for Plaintiff*